### No. 8.

**PETTIBONE** *against* **ROSE.** *Bennington*, 1817.

DECLARATIONS of persons deceased, in relation to the ancient course of water, may be given in evidence. A deposition which has no certificate of its having been opened in Court, having been read on former a trial, without objections will not be rejected for want of the certificate.

### No. 9.

**WAIT** *against* **FAIRBANKS.** *Windham*, 1817.

A note of the following tenor, viz :

"Wardsboro', Jan. 9, 1813.

"For value received of Parly Fairbanks, I promise to pay him, or his order, the sum of one hundred and ninety dollars of *good custom cow-hide* boots, at four dollars per pair ; said boots to be delivered at my shop in Wardsboro', in two years from the first day of January instant, one half of said boots to be horse-hide legs, and one half of the other to be good kip-skin legs ;"—is ambiguous, and parol proof is admissible to shew the agreement and understanding of the parties, in relation to the kind, quality, and worth of the boots intended ; there being no definite meaning attached to the words, "good custom cow-hide," &c.

### No. 10.

**KNIGHT** *against* **STEVENS.** *Windham*, 1817.

IN this cause the Court set aside the judgment of the County Court, it appearing from the bill of exceptions that the County Court admitted testimony of the declarations of persons interested, and a variety of hearsay testimony.